IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| QUINAULT INDIAN NATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 01-444 L<br>Judge Margaret M. Sweeney |

**FIFTH JOINT STATUS REPORT**

Pursuant to the Court's Order of October 24, 2006, the parties file this fifth Joint Status Report ("JSR") to report on their progress toward implementing the terms of the Settlement Agreement signed by the parties on September 20, 2004. As noted in previous JSRs, the settlement framework envisions the purchase (with appropriated monies) of several permanent conservation easements by no later than December 2006. In their fourth semi-annual JSR filed on October 18, 2006, the parties reported that the settlement was proceeding as planned but indicated that a short extension of time might be required beyond December 31, 2006, to fully implement their settlement. The Court's Order of October 24, 2006, extends the stay through January 31, 2007, and requires the submission of a further joint status report if the settlement was not completed prior to that date.

As previously reported, the federal party requested FY 2007 appropriations sufficient to complete the federal obligation set forth in the parties' settlement. However, Congress has not yet authorized the FY 2007 Interior and Related Agencies Appropriations Bill. Under a partial continuing resolution passed by Congress, Defendant has paid a portion of the remaining federal

obligation, but requires further authorization through the federal appropriations process to complete its obligations under the settlement agreement. For this reason, the parties respectfully request that the stay of proceedings in this case be continued through March 15, 2007. The parties further propose to report back to the Court on or before March 15, 2007, regarding the status of their settlement implementation.

This JSR was jointly prepared by counsel for the Nation and counsel for the United States, and is filed by Defendant with the consent of and on behalf of both parties.

Dated: January 30, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577

Attorney of Record for Defendant

Of Counsel:

MARLENE ZICHLINSKY
Office of the Regional Solicitor
Pacific Northwest Region
U.S. Department of the Interior
500 N.E. Multnomah, Suite 607
Portland, OR 97232
TEL: (503) 231-2128
FAX: (503) 231-2166