# In the United States Court of Federal Claims

No. 01-444 L
(Filed: February 1, 2007)

************************************
QUINAULT INDIAN NATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The parties in the above-captioned case filed a fifth joint status report pursuant to the court's October 24, 2006 order. The parties' September 20, 2004 settlement agreement provided that the Trust for Public Lands was to have purchased several conservation easements, with monies appropriated by Congress, by December 2006. According to the joint status report:

> As previously reported, the federal party requested FY 2007 appropriations sufficient to complete the federal obligation set forth in the parties' settlement. However, Congress has not yet authorized the FY 2007 Interior and Related Agencies Appropriations Bill. Under a partial continuing resolution passed by Congress, Defendant has paid a portion of the remaining federal obligation, but requires further authorization through the federal appropriations process to complete its obligations under the settlement agreement.

Thus, the parties request that the court continue the stay in this case through March 15, 2007. The parties' request is **GRANTED**.

Accordingly, the **STAY** in this case is continued through **Thursday, March 15, 2007**. If the settlement process has not concluded prior to that date, the parties shall file a joint status report **no later than Thursday, March 15, 2007**, indicating the progress of settlement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge