# In the United States Court of Federal Claims

No. 01-444 L
(Filed: March 15, 2007)

| | |
|---|---|
| QUINAULT INDIAN NATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The parties in the above-captioned case filed their sixth joint status report pursuant to the court's February 1, 2007 order. The parties report that Congress appropriated the necessary funds to complete the purchase of the conservation easements. Accordingly, the parties indicate that they "are in the process of finalizing the conservation easement and expect to execute the easement in the next 30 days. The recording of the easement and the receipt of the final payment is expected no later than April 30, 2007." The parties request that the stay be continued through May 7, 2007, to allow them sufficient time to finalize their settlement. The parties' request is **GRANTED**.

Accordingly, the **STAY** in this case is continued through **Monday, May 7, 2007**. If the settlement process has not concluded prior to that date, the parties shall file a joint status report **no later than Monday, May 7, 2007**, indicating the progress of settlement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge