**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **QUINAULT INDIAN NATION,** | |
| **Plaintiff,** | **No. 01-444 L** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | **Judge Margaret M. Sweeney** |
| **Defendant.** | |

**<u>SEVENTH JOINT STATUS REPORT</u>**

Pursuant to the Court's Order of March 15, 2007, the parties file this seventh Joint Status Report ("JSR") to report on their progress toward implementing the terms of the Settlement Agreement signed by the parties on September 20, 2004.

As noted in previous Joint Status Reports ("JSRs"), the settlement framework envisions the purchase (with appropriated and privately-donated monies) of several permanent conservation easements to be held by the United States Fish and Wildlife Service by no later than December 2006. At the parties' requests, the Court has granted several stays of proceedings to allow the parties and the third-party (the Trust for Public Lands) time to complete funding and acquisition.

The settlement continues to proceed as envisioned in the settlement agreement. As previously report, the federal party has appropriated funds sufficient to complete the federal obligation. Plaintiffs have prepared the final conservation easement encompassing the lands at issue in the settlement. Defendant is in the process of reviewing the final conservation easement. This review process is taking longer than originally anticipated, but Defendant expects to

complete this review process in the next two to three weeks. Once this process is completed, the settlement calls for final payment by Defendant to be made and for the conservation easement to be executed and recorded. Thereafter, the Trust for Public Land is expected to complete its obligation.

Given the additional time needed by Defendant to complete it review process, the parties respectfully request that the stay of proceedings in this case be continued through June 29, 2007. The parties further propose to report back to the Court on or before June 29, 2007, regarding the status of their settlement implementation.

This JSR was jointly prepared by counsel for the Nation and counsel for the United States and is filed by Defendant with consent of and behalf of both parties.

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
U.S. Department of Justice
Environment & Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
Attorney of Record for Defendant

Of Counsel:
MARLENE ZICHLINSKY
Office of the Regional Solicitor
Pacific Northwest Region
U.S. Department of the Interior
500 N.E. Multnomah, Suite 607
Portland, OR 97232
TEL: (503) 231-2128
FAX: (503) 231-2166