# In the United States Court of Federal Claims

No. 01-444 L
(Filed: May 14, 2007)

```
***********************************
QUINAULT INDIAN NATION,           *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

## ORDER

The parties in the above-captioned case filed their seventh joint status report pursuant to the court's March 15, 2007 order. The parties report that defendant's review of the final conservation easement is taking longer than originally anticipated, but should conclude within the next two to three weeks. Upon the conclusion of its review, defendant expects to pay for the final conservation easement and for the easement to be executed and recorded. The parties request that the stay be continued through June 29, 2007, to allow them sufficient time to finalize their settlement. The parties' request is **GRANTED**.

Accordingly, the **STAY** in this case is continued through **Friday, June 29, 2007**. If the settlement process has not concluded prior to that date, the parties shall file a joint status report **no later than Friday, June 29, 2007**, indicating the progress of settlement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge