**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUINAULT INDIAN NATION,** | ) | |
| **Plaintiff,** | ) | **No. 01-444 L** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **Judge Margaret M. Sweeney** |
| **Defendant.** | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Quinault Indian Nation moves this Court for an Order of substitution of Mary J. Streitz, Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, for Munford Page Hall, II, Adduci. Mastriani & Schaumberg, L.L.P., 1200 Seventeenth Street, N.W., Fifth Floor, Washington, D.C. 20036, as counsel of record. This motion is based on the Consent to Substitution of Counsel and Affidavit of Appointment filed herewith.

Kristine Tardiff, counsel of record for defendant United States of America, has no objection to the substitution of counsel.

Dated: July 10, 2007

Respectfully submitted,

s/ Mary J. Streitz

Mary J. Streitz
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7813
Fax: (612) 340-8827

Of Counsel:
LynDee Wells
Dorsey & Whitney LLP
Pacific Northwest Region
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4-1-
Telephone: (206) 903-8800
Fax: (206) 903-28820