**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **QUINAULT INDIAN NATION,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 01-444 L**<br>**Judge Margaret M. Sweeney** |

**CONSENT TO SUBSTITUTION OF COUNSEL**

I, Munford Page Hall, II, an attorney in the law firm of Adduci. Mastriani & Schaumberg, L.L.P., 1200 Seventeenth Street, N.W., Fifth Floor, Washington, D.C. 20036, hereby consent to the substitution of Mary J. Streitz, Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, as counsel of record in this action.

Dated: July 2, 2007

Munford Page Hall, II

Munford Page Hall, II
Adduci. Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, D.C. 20036
Telephone: (202) 467-6300
Fax: (202) 466-2006