**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUINAULT INDIAN NATION,** | ) | |
| **Plaintiff,** | ) | **No. 01-444 L** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **Judge Margaret M. Sweeney** |
| **Defendant.** | ) | |

**AFFIDAVIT OF APPOINTMENT**

STATE OF MINNESOTA )
) SS
COUNTY OF HENNEPIN )

Mary J. Streitz, being first duly sworn, on oath deposes and states:

1. I am an attorney in the law firm of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

2. I was admitted to practice in this Court on July 12, 1989.

3. Plaintiff Quinault Indian Nation wishes to have me substituted as counsel of record for Munford Page Hall, II, formerly an attorney in the Washington, D.C. office of Dorsey & Whitney LLP, and now an attorney in the law firm of Adduci. Mastriani & Schaumberg, L.L.P., 1200 Seventeenth Street, N.W., Fifth Floor, Washington, D.C. 20036.

FURTHER AFFIANT SAYETH NOT.

Mary J. Streitz

Subscribed and sworn to before me
this 5th day of July, 2007.

Diane Melloy
Notary Public

DIANE J. MELLOY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010