IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| QUINAULT INDIAN NATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-444 L |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge Margaret M. Sweeney |
| Defendant. | ) | |

**JOINT MOTION FOR WITHDRAWAL AND DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to RCFC 41, the parties hereby stipulate to the withdrawal and dismissal with prejudice of any and all claims, demands, actions, cause of action that have been or could have been the subject of this suit.

More particularly, the Plaintiff, Quinault Indian Nation (the “Nation”) hereby understands and agrees that the benefits received and to be received under the Settlement Agreement by and between the Nation and the United States dated September 20, 2004, have constituted full and complete satisfaction of any and all rights, claims, or demands of whatever kind or nature by the Nation against the United States and its respective officers, employees and agents alleged in this suit or related in any way, directly or indirectly, to the matters asserted in the pleadings, or that could have been asserted (including costs, fees and interest), with prejudice.

The Nation further agrees to refrain forever from instituting, maintaining, prosecuting, or continuing to maintain or prosecute any suit or action against the United States based upon any claim, demand, cause of action that was or could have been the subject of this suit.

Any judgment entered pursuant to this stipulation shall be by way of compromise and settlement, and shall not be construed as (A) an admission by Defendant of any liability as to any or all of Plaintiff's claims or assertions, or (B) an admission by Plaintiff of the merits of Defendant's defenses, or (C) a precedent or argument in this or any other case.

Accordingly, the parties jointly move for the dismissal with prejudice of No. 01-144L.

Dated: July 19, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Mary J. Stretz
MARY J. STREITZ
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
TEL: (612) 340-2600
FAX: (612) 340-2868

Attorney of Record for Plaintiff

Of Counsel:
LYNDEE WELLS
Dorsey & Whitney LLP
U.S. Bank Centre Bldg.
1420 5th Avenue
Suite 3400
Seattle, WA 98101-4010
TEL: (206) 903-8766
FAX: (206) 903-8820

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
U.S. Department of Justice
Environment & Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577

Attorney of Record for Defendant

Of Counsel:
MARLENE ZICHLINSKY
Office of the Regional Solicitor
Pacific Northwest Region
U.S. Department of the Interior
500 N.E. Multnomah, Suite 607
Portland, OR 97232
TEL: (503) 231-2128
FAX: (503) 231-2166