# In the United States Court of Federal Claims

No. 01-444 L
(Filed: July 23, 2007)

| | |
|---|---|
| *********************************** | |
| QUINAULT INDIAN NATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On July 19, 2007, the parties in the above-captioned case filed a Joint Motion for Withdrawal and Dismissal of Claims With Prejudice. According to the motion: "Pursuant to RCFC 41, the parties hereby stipulate to the withdrawal and dismissal with prejudice of any and all claims, demands, actions, [and] cause[s] of action that have been or could have been the subject of this suit." The parties' motion is **GRANTED**.

The clerk is directed to dismiss plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge