# In the United States Court of Federal Claims

**No. 01-444 L**

**QUINAULT INDIAN NATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 23, 2007, granting the parties' Joint Motion for Withdrawal and Dismissal of Claims with Prejudice, filed July 19, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**July 23, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.